# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0876
L.T. Case No. 2025-CA-000171

_____

TIMOTHY S. MILLER,

> Appellant,

> v.

CLERK OF THE CIRCUIT COURT,
HERNANDO COUNTY, FLORIDA,

> Appellee.

_____

Nonfinal appeal from the Circuit Court for Hernando County.
Donald Eugene Scaglione, Judge.

Timothy S. Miller, Monticello, pro se.

Jessica Christy Conner, of Dean, Ringers, Morgan & Lawton, P.A.,
Orlando, for Appellee.

June 17, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____